UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ANTHONY RAGUCCI

Case No. 22 CR 227

The Honorable Gary S. Feinerman

## WAIVER OF INDICTMENT

I, Anthony Ragucci, the above-named defendant, who is accused of honest services wire fraud and filing a false tax return, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on April 21, 2022 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Anthony Ragucci
Defendant

_____
Michael D. Krejci
Attorney for Defendant